

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00577-CR

**IN RE** Frediz **DE LA CRUZ-DE LA CRUZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: February 16, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2021, relator filed a petition for writ of mandamus "seeking to compel the Kinney County Judge to vacate his order firing three appointed judges and denying their control over their own dockets." We issued an order requesting a response. The State filed an initial response on January 4, 2022 and an amended response on January 11, 2022. Relator filed replies on January 6, 2022 and January 12, 2022.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show

---

[1] This proceeding arises out of Cause No. 11254CR, styled *State of Texas v. Frediz De La Cruz-De La Cruz*, pending in the County Court, Kinney County, Texas, the Honorable Tully Shahan presiding.

he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See*

Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH